ACCEPTED
03-16-00262-CV
12948720
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 12:26:22 PM
JEFFREY D. KYLE
CLERK

# No. 03-16-00262-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 12:26:22 PM
JEFFREY D. KYLE
Clerk

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

Stacey Hammer,
*Appellant*

v.

University Federal Credit Union; Wayne Morgan a/k/a Preferred Properties a/k/a The Morgan Children, Inc.; Venessa Zapata Peters; Kerry L. Haliburton; and El Campo Real Estate, LP a/k/a Goode Casseb Jones Riklin Choate & Watson,
*Appellees*

ON APPEAL FROM THE
419TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

**APPELLANT STACEY HAMMER'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD APPELLATE COUNSEL**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Stacey Hammer ("Hammer") gives notice to the Court and to all parties that Jerry Rios of the Law Office of Jerry Rios, 401 Congress Avenue, Suite 1540, Austin, Texas, 78701, hereby appears as appellate counsel in the above-entitled and numbered cause. Please forward all notices and pleadings to Mr. Rios.

Respectfully submitted,

**LAW OFFICE OF JERRY RIOS**
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 501-6270
Fax: (512) 501-6292
E-Mail: jrios@therioslawfirm.com

By: _____
　　　Jerry Rios
　　　Texas Bar No. 24062966

**ATTORNEY FOR APPELLANT**
**STACEY HAMMER**

# CERTIFICATE OF SERVICE

I certify that on September 28, 2016 a true and correct copy of Appellant's Notice of Appearance of Counsel was served by electronic mail on the attorney(s) of record listed below.

_Jerry Rios_
_____
Jerry Rios

**Via Electronic Mail:** *jarmstrong@namanhowell.com*
Jeffrey A. Armstrong
Naman, Howell, Smith & Lee, PLLC
P.O. Box 1470
Waco, Texas 76703

**Via Electronic Mail:** *david@davidgottfriedlaw.com*
David M. Gottfried
The Gottfried Firm, P.C.
West Sixth Place
1505 West Sixth Street
Austin, Texas 78703

**Via Electronic Mail:** *jones@goodelaw.com*
Fred R. Jones
Goode Casseb Jones Riklin Choate & Watson, P.C.
2122 North Main Avenue
P.O. Box 120480
San Antonio, Texas 77393-1225